IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) CR. NO. 20-00172-002-CG |
| | ) |
| VLADIMIR RIVAS-RIVAS, | ) |
| | ) |
| Defendant. | |

## ORDER

This matter is before the Court on a motion for reconsideration. (Doc. 159). Defendant asks the Court to reconsider its order (Doc. 142) denying his Motion to Reduce Sentence Re: USSC Amendment 821.

Courts "have permitted motions for reconsideration in criminal cases notwithstanding the fact that the Federal Rules of Criminal Procedure do not provide for them." *United States v. Phillips*, 597 F.3d 1190, 1199 (11th Cir. 2010). Such motions "are evaluated under the same standards utilized in civil cases." *United States v. Sencan*, Cr. No. 13-00117, 2013 WL 6237455 (S.D. Ala. Dec. 3, 2013). A party seeking reconsideration must demonstrate: "(1) an intervening change in controlling law; (2) the availability of new evidence; or (3) . . . clear error or manifest injustice." *Lamar Advert. of Mobile, Inc. v. City of Lakeland, Fla.*, 189 F.R.D. 480, 489 (M.D. Fla. 1999). Disagreement with the Court's ruling is not a ground for reconsideration, *See Id.*, but that is essentially the basis of Defendant's motion. Therefore, the motion for reconsideration is **DENIED**.

**DONE** and **ORDERED** this 20th day of March, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE